# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Jeffery S. Fisher       )
                                   )
                                   )   **Bankruptcy No.** 10 B 49932
                                   )
      **Debtor(s)**     )
                                   )
                                   )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on  September 26, 2013 at 10:30 a.m.  in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David R. Herzog is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: August 14, 2013

In re: Jeffrey S. Fisher
Bankruptcy No. 10 B 49932

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on August 14, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

### Electronic Service through CM/ECF System

William J Factor
The Law Office of William J. Factor, Ltd
1363 Shermer Road
Suite 224
Northbrook, IL 60062
Email: wfactor@wfactorlaw.com

Trustee

David R Herzog

Herzog & Schwartz PC

77 W Washington Suite 1717

Chicago, IL 60602

**U.S. Trustee**

**Patrick S. Layng**

**Office of the U.S. Trustee,**

**Region 11**

**219 South Dearborn St.**

**Room 873**

**Chicago, IL 60604**

## Served through First Class Mail

Debtor

Jeffrey S. Fisher

26945 Amhearst Circle, Apt. 308

Beachwood, OH 44122