**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JEFFREY S. FISHER | ) | Case No. 10-49932 |
| | ) | |
| | ) | Hon. Jack Schmetterer |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 680
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on October 24, 2013 at 10:30 a.m., before the Honorable Jack Schmetterer, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 682, Chicago, IL 60604.

Date Mailed: _____          By: /s/   David R. Herzog
                                                 Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-49932-JBS
Jeffrey S. Fisher                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 3              Date Rcvd: Aug 27, 2013
                              Form ID: pdf006           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2013.
```
db         #+Jeffrey S. Fisher,   26945 Amhearst Circle, Apt. 308,   Beachwood, OH 44122-7569
16393247    +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
20188372     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16393249    +Andrew G. Bluhm,   900 N. Michigan, Suite 900,   Chicago, IL 60611-6543
16393250   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
16393251   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,
             Kansas City, MO 64195)
16393252    +DSNB Bloom,   Bloomingdale's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
16393253    +Easthaven at the Village,   26900 Amhearst Circle,   Beachwood, OH 44122-7560
16393255    +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
             Grand Rapids, MI 49546-6210
16393256     Frank Meyer,   131 S. Dearborn,   Chicago, IL 60602
16393257    +Freeborn & Peters,   311 S. Wacker,   Suite 3000,   Chicago, IL 60606-6679
16393259    +John J. Goebel,   1325 7th Street,   Apt. 6C,   Naples, FL 34102-7327
16393261    +Mercedes-Benz Financia,   36455 Corporate Dr,   Farmington Hills, MI 48331-3552
16393262    +Mercedes-Benz Financial,   36455 Corporate Drive,   Farmington, MI 48331-3552
16393263    +Morgan Stanley Mortgage Capital,   c/o Freedman, Anselmo & Lindberg,   1807 W. Diehl, Suite 333,
             Naperville, IL 60563-1890
16393265    +OGM Investors,   355 E. Ohio,   Chicago, IL 60611-3470
16393267    +RSM McGladrey,   1 South Wacker,   Suite 800,   Chicago, IL 60606-4650
16393266    +Richard Fisher,   23 Westwood Country Club,   Saint Louis, MO 63131-2411
16393268    +Saxon Mortgage Service,   4708 Mercantile Dr.,   Fortworth, TX 76137-3605
16393270    +UBS,   attn: Dennis Drescher,   1 N. Wacker, Suite 3700,   Chicago, IL 60606-2859
16556727    +UBS Financial Services Inc.,   Michael D. Lee,   Schuyler, Roche & Crisham, P.C.,
             130 E. Randolph St., Ste. 3800,   Chicago, IL 60601-6317
16393254   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,   Po Box 5229,   Cincinnati, OH 45201)
20141297     US Dept of Education,   Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
16393271    +Us Dept Of Ed/glelsi,   2401 International Ln,   Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16393248     E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 28 2013 01:47:17     American Honda Finance,
             Attn: Bankruptcy,   3625 West Royal Lane Suite 200,   Irving, TX 75063
19879997     E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 28 2013 01:47:17
             American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
             Irving, TX 75016-8088,   866-716-6441
20356839     E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2013 01:56:52     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
20039105     E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2013 01:54:30     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16393258    +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2013 01:56:51     GEMB/Care Credit,   950 Forrer Blvd,
             Kettering, OH 45420-1469
16393264    +E-mail/Text: bnc@nordstrom.com Aug 28 2013 01:46:34     Nordstrom FSB,
             Attention: Bankruptcy Department,   Po Box 6555,   Englewood, CO 80155-6555
19876836    +E-mail/Text: bnc@nordstrom.com Aug 28 2013 01:46:34     Nordstrom fsb,   P.O. Box 6566,
             Englewood, CO 80155-6566
19894896    +E-mail/Text: resurgentbknotifications@resurgent.com Aug 28 2013 01:46:03
             PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
20356840     E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2013 01:54:30
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
16393269    +Fax: 866-311-5818 Aug 28 2013 01:56:39     Systems and Services Technologies,   4315 Pickett Rd,
             St Joseph, MO 64503-1600
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16393260   ##+Margaret Fisher,   1884 Old Willow Road,   Northfield, IL 60093-2923
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0752-1           User: mmyers              Page 2 of 3            Date Rcvd: Aug 27, 2013
                               Form ID: pdf006           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: mmyers              Page 3 of 3                   Date Rcvd: Aug 27, 2013
                               Form ID: pdf006           Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2013 at the address(es) listed below:
        David R Herzog    on behalf of Trustee David R Herzog drhlaw@mindspring.com,
         herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
        David R Herzog    drhlaw@mindspring.com,
         herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
        James M McArdle    on behalf of Debtor Jeffrey S. Fisher jmcardle@wfactorlaw.com
        James M McArdle    on behalf of Trustee David R Herzog whiteomorn12@sbcglobal.net
        Michael D. Lee    on behalf of Creditor   UBS Financial Services Inc. mlee@srcattorneys.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Steven C Lindberg    on behalf of Creditor   FV-1, Inc... bankruptcy@fallaw.com
        William J Factor    on behalf of Debtor Jeffrey S. Fisher wfactor@wfactorlaw.com,
         wfactorlaw@gmail.com;nb@wfactorlaw.com
                                                                                                                                    TOTAL: 8