UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-49932-JS |
| | § | |
| Jeffrey S Fisher | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,827,380.00 | Assets Exempt: | $55,614.00 |
| Total Distributions to Claimants: | $6,037.20 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,783.58 | | |

3) Total gross receipts of $7,820.78 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,820.78 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,798,423.00 | $22,442.69 | $22,442.69 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,783.58 | $1,783.58 | $1,783.58 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,136,428.00 | $1,372,355.49 | $840,792.07 | $6,037.20 |
| **Total Disbursements** | $2,934,851.00 | $1,396,581.76 | $865,018.34 | $7,820.78 |

   4). This case was originally filed under chapter 7 on 11/08/2010. The case was pending for 33 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 07/31/2014                    By:   /s/ David R. Herzog
                                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Surplus funds from sale of unscheduled repossessed vehicle | 1229-000 | $7,820.78 |
| **TOTAL GROSS RECEIPTS** | | **$7,820.78** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | American Honda Finance Corporation | 4110-000 | $0.00 | $22,442.69 | $22,442.69 | $0.00 |
| | American Honda Finance | 4110-000 | $22,285.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 4110-000 | $150,415.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $34,333.00 | $0.00 | $0.00 | $0.00 |
| | Mercedes-Benz Financia | 4110-000 | $15,816.00 | $0.00 | $0.00 | $0.00 |
| | Morgan Stanley Mortgage Capital | 4110-000 | $1,571,718.00 | $0.00 | $0.00 | $0.00 |
| | Saxon Mortgage Service | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Systems and Services Technologies | 4110-000 | $3,856.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,798,423.00** | **$22,442.69** | **$22,442.69** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $1,532.08 | $1,532.08 | $1,532.08 |
| International Sureties | 2300-000 | NA | $19.99 | $19.99 | $19.99 |
| Bank of Texas | 2600-000 | NA | $231.51 | $231.51 | $231.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,783.58** | **$1,783.58** | **$1,783.58** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | UBS Financial Services Inc. | 7100-000 | $0.00 | $531,563.42 | $531,563.42 | $3,816.82 |
| 2 | Nordstrom fsb | 7100-000 | $0.00 | $526.38 | $526.38 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 2; Nordstrom fsb) | 7100-001 | $0.00 | $0.00 | $0.00 | $3.78 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $31,563.18 | $31,563.18 | $226.64 |
| 5 | UBS Financial Services Inc. | 7100-000 | $0.00 | $531,563.42 | $0.00 | $0.00 |
| 6 | Capital Recovery V, LLC | 7100-000 | $0.00 | $9,222.79 | $9,222.79 | $66.22 |
| 7 | US Dept of Education | 7100-000 | $0.00 | $50,761.81 | $50,761.81 | $364.49 |
| 8 | American Express Centurion Bank | 7100-000 | $0.00 | $4,630.66 | $4,630.66 | $33.25 |
| 9 | Andrew G. Bluhm | 7100-000 | $0.00 | $212,523.83 | $212,523.83 | $1,526.00 |
|  | American Express | 7100-000 | $7,655.00 | $0.00 | $0.00 | $0.00 |
|  | Andrew Bluhm | 7100-000 | $200,000.00 | $0.00 | $0.00 | $0.00 |
|  | Citibank Sd, Na | 7100-000 | $30,786.00 | $0.00 | $0.00 | $0.00 |
|  | DSNB Bloom | 7100-000 | $261.00 | $0.00 | $0.00 | $0.00 |
|  | Elan Financial Service | 7100-000 | $1,972.00 | $0.00 | $0.00 | $0.00 |
|  | Frank Meyer | 7100-000 | $200,000.00 | $0.00 | $0.00 | $0.00 |
|  | Freeborn & Peters | 7100-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
|  | GEMB/Care Credit | 7100-000 | $9,557.00 | $0.00 | $0.00 | $0.00 |
|  | John J. Goebel | 7100-000 | $35,000.00 | $0.00 | $0.00 | $0.00 |
|  | Nordstrom FSB | 7100-000 | $347.00 | $0.00 | $0.00 | $0.00 |
|  | OGM Investors | 7100-000 | $1,858.00 | $0.00 | $0.00 | $0.00 |
|  | Richard Fisher | 7100-000 | $12,500.00 | $0.00 | $0.00 | $0.00 |
|  | RSM McGladrey | 7100-000 | $6,245.00 | $0.00 | $0.00 | $0.00 |
|  | UBS | 7100-000 | $575,000.00 | $0.00 | $0.00 | $0.00 |
|  | Us Dept Of | 7100-000 | $49,247.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| Ed/glelsi | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | $1,136,428.00 | $1,372,355.49 | $840,792.07 | $6,037.20 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 10-49932-JS | | | Trustee Name: | David R. Herzog |
| Case Name: | FISHER, JEFFREY S | | | Date Filed (f) or Converted (c): | 11/08/2010 (f) |
| For the Period Ending: | 7/31/2014 | | | §341(a) Meeting Date: | |
| | | | | Claims Bar Date: | 04/01/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Single family home located at 514 Abbotsford Road, Kenilworth, IL 60043 | $1,799,000.00 | $0.00 | | $0.00 | FA |
| 2 | Chase checking account, account number 705249993 | $2,500.00 | $0.00 | | $0.00 | FA |
| 3 | security deposit with landlord | $400.00 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous household goods and furnishings | $2,500.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous books and pictures | $250.00 | $0.00 | | $0.00 | FA |
| 6 | Wearing apparel | $4,000.00 | $0.00 | | $0.00 | FA |
| 7 | Watch | $4,500.00 | $0.00 | | $0.00 | FA |
| 8 | Term life insurance policy | $0.00 | $0.00 | | $0.00 | FA |
| 9 | IRA with Advanced Equity Investments | $40,000.00 | $0.00 | | $0.00 | FA |
| 10 | IRA with Oppenheimer | $5,214.00 | $0.00 | | $0.00 | FA |
| 11 | Preferred equity interest in Force 10 Networks; not alienable; value unknown | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Preferred equity investement in IP Unity; not alienable, value unknown | $0.00 | $0.00 | | $0.00 | FA |
| 13 | 5% interest in Le Colonial Restaurant/South China Sea, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 14 | 2010 Honda Accord | $24,630.00 | $0.00 | | $0.00 | FA |
| 15 | Surplus funds from sale of unscheduled repossessed vehicle | Unknown | $7,820.78 | | $7,820.78 | FA |

**TOTALS (Excluding unknown value)**   **Gross Value of Remaining Assets**

$1,882,994.00   $7,820.78   $7,820.78   $0.00

**Major Activities affecting case closing:**
Finalize final report.

Case 10-49932   Doc 54   Filed 08/27/14   Entered 08/27/14 14:51:30   Desc Main
Document      Page 7 of 10

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2   Exhibit 8

| **Case No.:** | 10-49932-JS | | | **Trustee Name:** | David R. Herzog |
|---|---|---|---|---|---|
| **Case Name:** | FISHER, JEFFREY S | | | **Date Filed (f) or Converted (c):** | 11/08/2010 (f) |
| **For the Period Ending:** | 7/31/2014 | | | **§341(a) Meeting Date:** | |
| | | | | **Claims Bar Date:** | 04/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 | **Current Projected Date Of Final Report (TFR):** | 07/31/2013 | /s/ DAVID R. HERZOG |
|---|---|---|---|---|
| | | | | DAVID R. HERZOG |

| Case No. | 10-49932-JS | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | FISHER, JEFFREY S | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3871 | | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 11/8/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/10/2011 | (15) | System & Services Technologies, Inc. | Surplus from sale of repossessed vehicle. | 1229-000 | $7,820.78 | | $7,820.78 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.62 | $7,808.16 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.58 | $7,795.58 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.74 | $7,783.84 |
| 03/14/2012 | 101 | International Sureties | Bond Payment | 2300-000 | | $6.36 | $7,777.48 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.53 | $7,764.95 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.10 | $7,752.85 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.49 | $7,740.36 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.06 | $7,728.30 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.45 | $7,715.85 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.43 | $7,703.42 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.01 | $7,691.41 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.39 | $7,679.02 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.97 | $7,667.05 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.35 | $7,654.70 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.36 | $7,642.34 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.15 | $7,631.19 |
| 03/28/2013 | 102 | International Sureties | Bond Payment | 2300-000 | | $13.63 | $7,617.56 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.32 | $7,605.24 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.88 | $7,593.36 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.25 | $7,581.11 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.83 | $7,569.28 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.21 | $7,557.07 |
| 08/01/2013 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($12.21) | $7,569.28 |
| 10/24/2013 | 103 | David R. Herzog | Trustee Compensation | 2100-000 | | $1,532.08 | $6,037.20 |
| 10/24/2013 | 104 | UBS Financial Services Inc. | Distribution Dividend: 0.72; Account Number: ; | 7100-000 | | $3,816.82 | $2,220.38 |
| 10/24/2013 | 105 | Clerk, US Bankruptcy Court | Small Dividends | * | | $3.78 | $2,216.60 |
| | | | Claim Amount  $(3.78) | 7100-001 | | | $2,216.60 |
| | | | SUBTOTALS | | $7,820.78 | $5,604.18 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2     Exhibit 9

| Case No. | 10-49932-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | FISHER, JEFFREY S | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3871 | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/8/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/24/2013 | 106 | PYOD, LLC its successors and assigns as assignee | Distribution Dividend: 0.72; Account Number: ; | 7100-000 | | $226.64 | $1,989.96 |
| 10/24/2013 | 107 | Capital Recovery V, LLC | Distribution Dividend: 0.72; Account Number: ; | 7100-000 | | $66.22 | $1,923.74 |
| 10/24/2013 | 108 | US Dept of Education | Distribution Dividend: 0.72; Account Number: ; | 7100-000 | | $364.49 | $1,559.25 |
| 10/24/2013 | 109 | American Express Centurion Bank | Distribution Dividend: 0.72; Account Number: ; | 7100-000 | | $33.25 | $1,526.00 |
| 10/24/2013 | 110 | Andrew G. Bluhm | Distribution Dividend: 0.72; Account Number: ; | 7100-000 | | $1,526.00 | $0.00 |
| 04/02/2014 | 104 | STOP PAYMENT: UBS Financial Services Inc. | Distribution Dividend: 0.72; Account Number: ; | 7100-004 | | ($3,816.82) | $3,816.82 |
| 04/02/2014 | 111 | UBS Financial Services Inc. | Distribution Dividend: 0.72; Account Number: ; | 7100-000 | | $3,816.82 | $0.00 |
| | | | TOTALS: | | $7,820.78 | $7,820.78 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $7,820.78 | $7,820.78 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,820.78 | $7,820.78 | |

| For the period of 11/8/2010 to 7/31/2014 | | For the entire history of the account between 11/10/2011 to 7/31/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,820.78 | Total Compensable Receipts: | $7,820.78 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,820.78 | Total Comp/Non Comp Receipts: | $7,820.78 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,820.78 | Total Compensable Disbursements: | $7,820.78 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,820.78 | Total Comp/Non Comp Disbursements: | $7,820.78 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-49932-JS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | FISHER, JEFFREY S | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3871 | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/8/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $7,820.78 | $7,820.78 | $0.00 |

**For the period of 11/8/2010 to 7/31/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,820.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,820.78 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,820.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,820.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/08/2010 to 7/31/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,820.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,820.78 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,820.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,820.78 |
| Total Internal/Transfer Disbursements: | $0.00 |